660

*William A. McSwain, Frederic Burnham, Frederick Secord, Charles Myers, Edwin H. Cassels, George L. Shearer, M'Cready Sykes, A. N. Whitlock, John B. Marsh, William V. Hodges,* and *Frederick J. Moses* for respondents.

No. 887. WARREN-BRADSHAW DRILLING CO. *v.* HALL, AGENT, ET AL. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Sam Clammer* for petitioner.

No. 1249. MOTHER LODE COALITION MINES CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the first question stated in the Government's memorandum. *Messrs. Paul E. Shorb* and *Charles A. Horsky* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Carlton Fox,* and *Archibald Cox* for respondent.

No. 11, original. EX PARTE FORREST HOLIDAY. April 6, 1942. The motion for leave to file petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. The motion for leave to proceed further *in forma pauperis* is denied for the reason that the Court, upon examination of the papers herein submitted, finds no ground upon which a writ of certiorari should be issued. The petition for writ of certiorari is therefore also denied. *Forrest Holiday, pro se. Solicitor General Fahy* and